UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jean Kwaterski v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 13-cv-10803-DRH

*Monique Lumpkin v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 13-cv-10907-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation filed on August 2, 2016, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         **Deputy Clerk**

Judge Herndon
2016.08.05
14:30:21 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT